

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00841-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**, Allan P. Bloxsom, III,
Thomas O. Stoner, Stormy Night, LLC and TOS Ranch, LLC,
Appellants

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC.** and Carlton E. Thompson,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV
Honorable Mickey R. Pennington, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Double Knobs Mountain Ranch, Inc. and Carlton E. Thompson, recover their costs of this appeal from appellants, Schuhardt Consulting Profit Sharing Plan, Allan P. Bloxsom, III, Thomas O. Stoner, Stormy Night, LLC and TOS Ranch, LLC, and from the cash deposit in lieu of supersedeas bond. After all costs have been paid, the clerk of the court is directed to release the balance of the cash deposit, if any, to Scott A. Brister, as attorney for the appellants.

SIGNED January 22, 2014.

Catherine Stone, Chief Justice